IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC. ) | |
| ) | |
| v. ) | NO. 3-13-1448 |
| ) | JUDGE CAMPBELL |
| ZAM, LLC, et al. ) | |

ORDER

Pending before the Court is Plaintiff's request for a preliminary injunction. The Court held a hearing on January 27, 2014, attended by counsel for Plaintiff and Defendants. The Temporary Restraining Order ("TRO") previously entered by the Court (Docket No. 13) is hereby extended by agreement as a preliminary injunction, pending trial.

Counsel for the Plaintiff orally moved for contempt of the TRO by Defendants and the Court set the following schedule: Plaintiff shall file its Motion for Contempt, with accompanying brief, by January 31, 2014. Defendant shall file a Response by February 7, 2014. The Court will hold a hearing on the Motion for Contempt on Monday, February 10, 2014, at 9:00 a.m.

The Clerk shall serve a copy of this Order on Leonard J. Bazelak, Freund, Freeze & Arnold, 1 South Main Street, Suite 1800, Dayton, Ohio 45402. Mr. Bazelak has been identified as counsel for Nema Hussein, Talk4Less Ohio, LLC and Talk4Less Dayton, LLC, potentially interested parties herein.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE